# INVOICE

GULFEAGLE SUPPLY

**GULFEAGLE SUPPLY-ENGLEWOOD,CO 051**
**4747 S WINDERMERE ST**
**ENGLEWOOD CO 80110-6450**
**303-346-3706 Fax 303-346-3704**

***"Building Relationships, Building Trust a tradition since 1905"***

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/25/25 | S002125436.001 |

**PLEASE REMIT PAYMENT TO:**

GULFEAGLE SUPPLY-ENGLEWOOD,CO 051
4747 S WINDERMERE ST
ENGLEWOOD CO 80110-6450
303-346-3706 Fax 303-346-3704

**SHIP TO:**

COLTEX ROOFING AND GUTTERS/IBEW
5965 E 39TH AVE
DENVER CO 80207

COLTEX ROOFING AND GUTTERS
9655 W COLFAX AVE
LAKEWOOD CO 80215-3922

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 433670 | IBEW | | Jonathan Brunetti 51107 |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| Cody Reed 51xxx | OT OUR TRUCK CO | EOM PROX | 02/25/25 | 02/24/25 |

| DESCRIPTION | UNIT | QTY SHIPPED | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|
| WB300438 060 REIN STD TPO 10'x100' WHITE 300438 | RL | 7 | 870.590 | 6094.13 |
| WB300474 060 WHT TPO FLASH 24"x50' 300474 | RL | 1 | 456.190 | 456.19 |
| TRUFAST TB-100 ALUM TERM BAR 6" O.C. 10' (50/TU) #TB-100-6 | pc | 1 | 7.571 | 7.57 |
| TRUFAST 4" #14 HD #3 PH FASTENER (1M/BKT) #HD-4000 | bk | 2 | 195.371 | 390.74 |
| TRUFAST 2.4" BARBED G'LUME SEAM PLATE (1M/BKT) #MPB-2400 | bk | 1 | 276.486 | 276.49 |
| TRUFAST 3" GALVALUME PLATE (1M/BKT) #MP-3000 | bk | 2 | 257.140 | 514.28 |
| ^MILL SINGLE PLY BONDING ADHESIVE EPDM/TPO 5 GA **HAZARD MATERIAL** SB12982-902 | ea | 10 | 123.500 | 1235.00 |
| WB316534 WHT TPO MOLDED PIPE SEALS (8/CT) 316534 | EA | 9 | 60.680 | 546.12 |
| WB304066 WEATHERED MEMBRANE CLEANER 1-GAL (2/CA) ***HAZ MAT*** 304066 | EA | 5 | 71.890 | 359.45 |
| RPI WATER CUTOFF 10OZ TUBE WCTB | tu | 5 | 10.670 | 53.35 |
| MASTERSEAL NP1 10.1OZ WHITE SEALANT 12TU/CTN (FORMERLY SONNEBORN) | tu | 13 | 10.390 | 135.07 |
| ATL ACFOAM II TAPERED ISO 1/8" B PANEL (1.5"- 2.0") 4X4 | pc | 19 | 18.780 | 356.82 |
| C&R 10 LB NET BOX OF WHITE KNIT RAGS (#WP-CLOTH) | bx | 1 | 29.950 | 29.95 |
| C&R 9" HEAVY DUTY ROLLER FRAME | ea | 5 | 4.860 | 24.30 |

Invoice is due by 03/31/25.

If paying by credit card, a courtesy fee of $293.50 shall be assessed.

| TO VIEW ONLINE GO TO: | https://gulfeagle.billtrust.com | USE THIS ENROLLMENT TOKEN: | HPF RPV BQX |
|---|---|---|---|

THE TERMS AND CONDITIONS ON THE REVERSE SIDE ARE PART OF THIS SALE

EXHIBIT B

# INVOICE

GULFEAGLE SUPPLY

**GULFEAGLE SUPPLY-ENGLEWOOD,CO 051**
**4747 S WINDERMERE ST**
**ENGLEWOOD CO 80110-6450**
**303-346-3706 Fax 303-346-3704**

***"Building Relationships, Building Trust a tradition since 1905"***

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/25/25 | S002125436.001 |

**PLEASE REMIT PAYMENT TO:**

GULFEAGLE SUPPLY-ENGLEWOOD,CO 051
4747 S WINDERMERE ST
ENGLEWOOD CO 80110-6450
303-346-3706 Fax 303-346-3704

**SHIP TO:**

COLTEX ROOFING AND GUTTERS/IBEW
5965 E 39TH AVE
DENVER CO 80207

COLTEX ROOFING AND GUTTERS
9655 W COLFAX AVE
LAKEWOOD CO 80215-3922

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 433670 | IBEW | | Jonathan Brunetti 51107 |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| Cody Reed 51xxx | OT OUR TRUCK CO | EOM PROX | 02/25/25 | 02/24/25 |

| DESCRIPTION | UNIT | QTY SHIPPED | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|
| (5-WIRE) (#RF9HDN1) | | | | |
| C&R 9" ROLLER COVER WITH 3/8" NAP (PHENOLIC CORE) (#RC9-3/8) | ea | 5 | 2.490 | 12.45 |
| C&R 4" CHIP BRUSH (#PB4) | ea | 2 | 1.990 | 3.98 |
| OMG 1/4"X 1-1/4" MASONRY ANCHOR (100/BX) #MA114X | bx | 3 | 22.950 | 68.85 |
| #9 X 1-1/2" WOOD SCREW - WHITE W/ WASHER (250/BG) DYNAMIC FSTNR | bg | 1 | 32.500 | 32.50 |
| E.G. COIL NAILS 1-1/4" (7.2M/BX) (48 BX/PALLET) | BX | 1 | 61.200 | 61.20 |
| COLORADO TAX-RETAIL DELIVERY FEE | ea | 1 | 0.290 | 0.29 |

Scan this QR code to download the ***new*** Gulfeagle Supply Mobile App in the Apple App Store.

| | |
|---|---|
| **Subtotal** | 10658.73 |
| **Sales Tax** | 984.12 |
| **Delv/Fuel Chg** | 97.00 |
| **Amount Due** | **11739.85** |

Invoice is due by 03/31/25.

If paying by credit card, a courtesy fee of $293.50 shall be assessed.

| TO VIEW ONLINE GO TO: | https://gulfeagle.billtrust.com | USE THIS ENROLLMENT TOKEN: | HPF RPV BQX |
|---|---|---|---|

THE TERMS AND CONDITIONS ON THE REVERSE SIDE ARE PART OF THIS SALE

EXHIBIT B